IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRYAN ALEXANDER BLOUNT, | ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 1:10-cv-0224-MEF |
| BILLY MITCHEM, *et al.*, | ) ) ) |
| Respondents. | ) |

# **O R D E R**

On January 29, 2013, the Magistrate Judge filed a Recommendation (Doc. #16) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for habeas corpus relief is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

3. Costs of this proceeding are taxed against the petitioner.

DONE this the 1st day of March, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE